FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 06, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TAYLOR WILSON HERMSMEIER-ROGERS,<br><br>Defendant. | No. 2:19-CR-00185-WFN-1<br><br>ORDER DENYING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE WITH LEAVE TO RENEW AND GRANTING MOTION TO EXPEDITE<br><br>**MOTION DENIED**<br>    **(ECF No. 59)**<br><br>**MOTION GRANTED**<br>    **(ECF No. 60)** |

Before the Court is Defendant's Motion to Modify Conditions of Release, **ECF No. 59** and Motion to Expedite, **ECF No. 60.**

Defendant was previously released to inpatient substance abuse treatment **ECF No. 57**. Having completed treatment, Defendant now asks the Court to allow him to remain out of custody on condition he reside at an Oxford House and participate in follow-up treatment.

The Court has received inconsistent information regarding Defendant's release plan. Pretrial Services is not yet able to confirm key elements of Defendant's release plan, including but not limited to a proposed release address.

Accordingly, **IT IS ORDERED** Defendant's Motion to Modify Conditions of Release, **ECF No. 59**, is **DENIED** with leave to renew upon providing specific information to the Court, opposing counsel and Pretrial Services. Defendant's

ORDER - 1

Motion to Expedite, **ECF No. 60,** is **GRANTED.**

Defendant is remanded to the custody of the U.S. Marshal until further order of the Court.

If a party desires this Court to reconsider conditions of release because of material and newly discovered circumstances pursuant to 18 U.S.C. § 3142(f), that party shall file a two-page motion for reconsideration succinctly stating what circumstances are new, how they are established, and the requested change in conditions of release. The motion shall indicate whether opposing counsel or Pretrial Services object, whether a hearing is desired, and whether a supplemental pretrial report is requested. This Court will treat the motion as expedited and submitted without argument and will set a hearing or issue other orders as may be appropriate.

**IT IS SO ORDERED.**

DATED January 6, 2020.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE