UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 01, 2020

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Hermsmeier-Rogers, Taylor Wilson | Docket No. | 2:19CR00185-WFN-1 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Taylor Wilson Hermsmeier-Rogers, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 13th day of January 2020, under the following conditions:

**Additional Conditions of Release:** Substance abuse Evaluation and Treatment: Defendant shall complete treatment indicated by an evaluation or recommended by Pretrial Services and shall comply with all rules of a treatment program. Defendant shall be responsible for the cost of testing, evaluation and treatment, unless the United States Probation Office should determine otherwise. The United States Probation Office shall also determine the time and place of testing and evaluation and the scope of treatment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Taylor Wilson Hermsmeier-Rogers is alleged to have violated his pretrial supervision by being unsuccessfully discharged from outpatient substance abuse treatment services on September 25, 2020.

On December 6, 2019, the Court granted a motion from Taylor Wilson Hermsmeier-Rogers allowing him to enter into inpatient substance abuse treatment at Spokane Addiction and Recovery Center (SPARC) in Spokane, Washington, on December 9, 2019. The Court ordered Mr. Hermsmeier-Rogers to return to custody upon completion of inpatient substance abuse treatment, absent further order of the Court.

On January 13, 2020, Mr. Hermsmeier-Rogers appeared before the Court after a motion to be released onto pretrial supervision upon completion of inpatient substance abuse treatment at SPARC had been submitted to the Court. The Court granted Mr. Hermsmeier-Rogers' motion for release and placed him under conditions of pretrial release supervision.

On January 16, 2020, the conditions of pretrial release supervision were reviewed with Mr. Hermsmeier-Rogers. He acknowledged an understanding of the conditions of release, which included the requirement he attend recommended substance abuse treatment.

On January 29, 2020, Mr. Hermsmeier-Rogers entered intensive outpatient substance abuse treatment (IOP) at Pioneer Human Services (PHS). On May 27, 2020, PHS lowered his level of substance abuse treatment care to outpatient services (OP).

On September 25, 2020, PHS provided an unsuccessful discharge summary to the undersigned officer advising Mr. Hermsmeier-Rogers' participation in OP treatment groups had been minimal and he failed to attend individual treatment sessions. Additionally, Mr. Hermsmeier-Rogers had not submitted to any urinalysis drug testing since approximately July 2020, due to being diagnosed with COVID-19 in July 2020. Subsequently, Mr. Hermsmeier-Rogers was removed from the phase urinalysis testing program until he provided a negative test for COVID-19.

Prior to his unsuccessful discharge from services, PHS staff had asked Mr. Hermsmeier-Rogers to provide current COVID-19 test results for "weeks" so he could return to the phase urinalysis drug testing program. Subsequently, Mr. Hermsmeier-Rogers was discharged from substance abuse treatment services at PHS due to his lack of engagement with the program.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:    October 1, 2020 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

October 1, 2020
Date