UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 30, 2020

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Hermsmeier-Rogers, Taylor Wilson | Docket No. | 2:19CR00185-WFN-1 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

COMES NOW   Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Taylor Wilson Hermsmeier-Rogers, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 13th day of January 2020, under the following conditions:

**Additional Condition #27:** If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month.  Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance.  Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substances screening or testing.

Defendant shall refrain from obstructing or attempting to obstruct, in any fashion, with the efficiency and accuracy of prohibited substance testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #4:** Taylor Wilson Hermsmeier-Rogers is alleged to have violated his conditions of pretrial supervision by failing to provide a urine specimen after reporting to Pioneer Human Services for drug testing on October 28, 2020.

On December 6, 2019, the Court granted a motion from Taylor Wilson Hermsmeier-Rogers allowing him to enter into inpatient substance abuse treatment at Spokane Addiction and Recovery Center (SPARC) in Spokane, Washington, on December 9, 2019.  The Court ordered Mr. Hermsmeier-Rogers to return to custody upon completion of inpatient substance abuse treatment, absent further order of the Court.

On January 13, 2020, Mr. Hermsmeier-Rogers appeared before the Court after a motion to be released onto pretrial supervision upon completion of inpatient substance abuse treatment at SPARC had been submitted to the Court.  The Court granted Mr. Hermsmeier-Rogers' motion for release and placed him under conditions of pretrial release supervision.

On January 16, 2020, the conditions of pretrial release supervision were reviewed with Mr. Hermsmeier-Rogers.  He acknowledged an understanding of the conditions of release, which included additional condition number 27.

On October 26, 2020, Mr. Hermsmeier-Rogers reported to Pioneer Human Services (PHS) for random drug testing.  However, Mr. Hermsmeier-Rogers allegedly informed PHS staff that he may have been exposed to a person that was diagnosed with COVID-19.   Subsequently, Mr. Hermsmeier-Rogers was not allowed to submit to drug testing at PHS on October 26, 2020.

On October 28, 2020, at 4:56 p.m.,  Mr. Hermsmeier-Rogers returned to PHS for drug testing.  However, Mr. Hermsmeier-Rogers did not provide a urine specimen on that date.  PHS records list Mr. Hermsmeier-Rogers drug testing result for October 28, 2020 as a "stall".

PS-8

**Re: Hermsmeier-Rogers, Taylor Wilson**
**October 30, 2020**
**Page 2**

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATIONS PREVIOUSLY REPORTED TO THE COURT

---

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:   October 30, 2020 |
| by | s/Erik Carlson |
|  | Erik Carlson
U.S. Pretrial Services Officer |

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

October 30, 2020
Date